In the Matter of JACOB MARKS, Respondent, against FIORELLO H. LAGUARDIA et al., Constituting the Board of Estimate and Apportionment of the City of New York, Appellants.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 625.)

ERNEST HOWELL, as Administrator of the Estate of ANNIE E. HOWELL, Deceased, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 179.)

BERTA WALZ, Appellant, v. PAUL HELFER, INC., Respondent.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 408.)

CARRIE B. CALKINS, Appellant and Respondent, v. JOHN W. BECKER, Defendant, and C. E. ROGERS et al., Respondents and Appellants.

Submitted October 6, 1941; decided October 16, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 408.)